IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> KATHLEEN M. HERESCO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZOAR, a Pennsylvania Corporation, ) <br> t/d/b/a ZOAR NEW DAY, t/d/b/a ZOAR ) <br> NEW DAY TREATMENT PROGRAM, t/d/b/a ) <br> ZOAR NEW DAY FOR WOMEN, ) <br> CLAUDIA DETWILER, an individual, ) <br> and BARBARA GOLD, an individual, ) <br> ) <br> Defendants. ) | Civil Action No. 05-0797 <br><br> **FILED UNDER SEAL** <br> **PURSUANT TO** <br> **31 U.S.C. Sec. 3730(b)(2)** <br><br> **FILED UNDER SEAL** |

### ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the Complaint be unsealed and served upon the defendants by the relator;

2. that all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the Complaint;

3. that the seal be lifted as to all other matters occurring in this action after the date of this Order; and

4. that henceforth the parties serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. that all Orders of this Court shall be sent to the United States; and that

6. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This __6__ day of __May__, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc: Philip P. O'Connor, Jr.
    Assistant U.S. Attorney
    Suite 4000
    United States Post Office
        and Courthouse
    Pittsburgh, PA 15219

    Barbara M. Wolvovitz, Esquire
    Feldstein, Grinberg Stein & McKee
    428 Boulevard of the Allies
    Pittsburgh, PA 15219