IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KATHLEEN M. HERESCO, | C.A. NO.: 05-0797 |
| Relator, | **JURY TRIAL DEMANDED** |
| v. | |
| ZOAR, a Pennsylvania Corporation, t/d/b/a ZOAR NEW DAY, t/d/b/a ZOAR NEW DAY TREATMENT PROGRAM, t/d/b/a ZOAR NEW DAY FOR WOMEN, CLAUDIA DETWILER, an individual and BARBARA GOLD, an individual, | |
| Defendants. | |

**ORDER OF COURT**

On this ____8th____ day of ____June____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that the Relator's Complaint is hereby dismissed.

BY THE COURT:

_____ J.

00358854.1